UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION  This Document Relates To:  *All Actions Set Out Below* | Case No.:  15md2670 DMS(MSB)  **ORDER CLOSING CASES** |
|---|---|

After consulting with counsel, the Clerk of Court shall close the following cases, all of which have been consolidated within one of the three class action plaintiff groups:

15cv1791, Pacific Groservice Inc. v. Bumble Bee

15cv1863, Youngblood v. Bumble Bee

15cv1987, Trepco Imports and Distrib. LTD v. Bumble Bee

15cv2790 Piggly Wiggly Alabama Distrib. Co., Inc. v. Bumble Bee

16cv0024, Central Grocers, Inc. v. Bumble Bee

16cv0045, Benjamin Foods LLC v. Bumble Bee

16cv0635, John Gross & Co. v. Bumble Bee

15cv1878, Davis Mathews v. Bumble Bee

15cv1887, Walnum v. Bumble Bee

| | |
|---|---|
| 1 | 15cv1911, Moore v. Bumble Bee |
| 2 | 15cv1979, Nelson v. Bumble Bee |
| 3 | 15cv2006, Moon v. Bumble Bee |
| 4 | 15cv2011, Colberg v. Bumble Bee |
| 5 | 15cv2012 Musgrave v. Bumble Bee |
| 6 | 15cv2017, Joseph v. Bumble Bee |
| 7 | 15cv2044, Ton-Vuong v. Bumble Bee |
| 8 | 15cv2072, Fragoso v. Bumble Bee |
| 9 | 15cv2073, Kennedy v. Bumble Bee |
| 10 | 15cv2095, Burr v. Bumble Bee |
| 11 | 15cv2121, Gore v. Bumble Bee |
| 12 | 15cv2125, Mey v. Bumble Bee |
| 13 | 15cv2129, Hudson v. Bumble Bee |
| 14 | 15cv2144, Lesher v. Bumble Bee |
| 15 | 15cv2160, Willoughby III v. Bumble Bee |
| 16 | 15cv2169, Canterbury v. Bumble Bee |
| 17 | 15cv2173, Alidad v. Bumble Bee |
| 18 | 15cv2185, Bowman v. Bumble Bee |
| 19 | 15cv2186, Blumstein v. Bumble Bee |
| 20 | 15cv2187, Dravid v. Bumble Bee |
| 21 | 15cv2216, Cooper v. Bumble Bee |
| 22 | 15cv2271, Potvin v. Bumble Bee |
| 23 | 15cv2278, Lybarger v. Bumble Bee |
| 24 | 15cv2302, Caldwell v. Bumble Bee |
| 25 | 15cv2379, Ruiz v. Bumble Bee |
| 26 | 16cv0019, Damske v. Bumble Bee |
| 27 | 16cv0021 Christensen v. Bumble Bee |
| 28 | 16cv0185, Daniels v. Bumble Bee |

1. 15cv2020, Dutch Village Restaurant v. Bumble Bee
2. 15cv2068, A-1 Diner v. Bumble Bee
3. 15cv2411 Thyme Café & Market, Inc. v. Bumble Bee
4. 16cv0112, Lesgo Personal Chef, LLC v. Bumble Bee

The following cases may also be closed as the parties have settled all claims:

6. 16cv0051, The Kroger Co. v. Bumble Bee
7. 16cv0398, Meijer, Inc. v. Bumble Bee
8. 17cv0950 Super Store Indus. v. Bumble Bee
9. 17cv0951, Super Valu Inc. v. Bumble Bee
10. 17cv1744, Dollar General Corp. v. Bumble Bee
11. 17cv1745, Moran Foods, LLC v. Bumble Bee
12. 16cv1226, W Lee Flowers & Co., Inc. v. Bumble Bee

**IT IS SO ORDERED**.

Dated: September 22, 2023

Hon. Dana M. Sabraw, Chief Judge
United States District Court